# Weinberg, Gross & Pergament LLP

### ATTORNEYS AT LAW

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc J. Weingard

Telephone: (516) 877-2424 Ext. 233
Facsimile: (516) 877-2460
Email: mweingard@wgplaw.com

January 23, 2020

<u>VIA ECF</u>

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

Re: Rahmania Properties LLC
Case No. 115-43971-ess
Mohammed M. Rahman v. Rahmania Properties, LLC, *et* al.,
<u>Adv. Proc. No. 116-01056-ess</u>

Dear Judge Stong:

This letter confirms that with respect the above-referenced bankruptcy case and adversary proceeding, all matters scheduled to be heard on January 24, 2020 and February 24, 2020 will be heard on February 7, 2020 at 3:00 p.m.

Please have your chambers contact me with any questions.

Respectfully yours,

Marc J. Weingard

MJW:lc

cc: Via Email
All Counsel on Attached List

Service List

Via Email pkamran@rlesterlaw.com
Peter K. Kamran, Esq.
Law Offices of Lester & Associates, P.C.

Via Email rlester@rlesterlaw.com
Roy Lester, Esq.
Law Offices of Lester & Associates, P.C.

Via Email anthonyiesq@gmail.com
Anthony Iadevaia, Esq.
Paladino Law Group, P.C.

Via Email tdonovan@gwfglaw.com
J. Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein LLP

Via Email knash@gwfglaw.com
Kevin Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP

Via rms@robinsonbrog.com
Robert M. Sasloff, Esq.
Robinson Brog Leinwand
Green Genovese & Gluck, P.C.