**ROBINSON BROG LEINWAND GREENE**
  **GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

**RAHMANIA PROPERTIES LLC,**

                           Debtor.
---------------------------------------------------------X

Chapter 11

Case No.: 15-43971-ess

### SUPPLEMENTAL DECLARATION OF A. MITCHELL GREENE PURSUANT TO (I) ORDER APPROVING AND AUTHORIZING RETENTION OF ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. AND BANKRUPTCY RULE 2014

A. Mitchell Greene, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a shareholder of the firm Robinson Brog Leinwand Greene Genovese & Gluck P.C. (the "RBL Firm"), which maintains offices for the practice of law at 875 Third Avenue, 9th Floor, New York, New York 10022. I am admitted in, practicing in, and a member in good standing of the bar of the State of New York and the bar of the United States District Court for the Southern and Eastern Districts of New York. I submit this supplemental declaration notifying of the RBL Firm's upcoming rate increases effective January 8, 2020, in compliance with the notice requirements set forth in the Order Authorizing the Employment and Retention of the RBL Firm as Attorneys to the Debtor (the "RBL Retention Order"). The Application was supported by my declaration (the "Greene Declaration"). Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness

{01043746.DOCX;1 }

would testify competently thereto.

      2.      I submit this declaration in accordance with the RBL Retention Order which provided that the RBL Firm shall, prior to any increases in its rates, file a supplemental declaration with the Court and provide ten business days' notice to the United States Trustee and other parties in interest, which supplemental declaration shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code.

      3.      As set forth in the Greene Declaration, the RBL Firm's hourly rates are reviewed annually as part of the RBL Firm's ordinary business practices and rate adjustments, if any, are implemented at the beginning of the new year or at such later date as required to comply with existing orders authorizing the RBL Firm's retention.  Following its recent review, the RBL Firm has determined that effective January 8, 2020, the hourly rates will range from: $450 to $750 for partners; $450 to $580 for counsel; $400 to $475 for associates; and $250 to $285 for paralegals and support staff. These adjustments reflect our continuing goal to provide high quality and cost- efficient services to our clients.

      4.      When assessing whether to adjust its market rates, the RBL Firm obtains information from public sources that provide general information regarding peer firms. Based upon that information, and having been directly involved in a multitude of cases in the Southern and Eastern Districts of New York, the RBL Firm is knowledgeable about, and familiar with the rates that are charged by other firms of similar reputation, quality and expertise; and working in the same or similar cases in which the RBL Firm is involved.   The RBL Firm's rates are comparable to or lower than such other New York City based firms' rates.

      5.      The RBL Firm submits that this increase is reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as this is applied firm–wide, and the new rate is

{01043746.DOCX;1 }

comparable to those in similar circumstances by similarly skilled professionals. The RBL Firm is providing notice to the parties provided for in the RBL Retention Order before the new rates take effect.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2020
       New York, New York

                                      /s/ A. Mitchell Greene
                                      **A. MITCHELL GREENE**