# ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

### 875 THIRD AVENUE
### NEW YORK, NEW YORK 10022

**(212) 603-6300**

FAX (212) 956-2164

Robert M. Sasloff
(212) 603-6329
rms@robinsonbrog.com

July 29, 2020

**Via ECF**
Honorable Elizabeth S. Stong
United States Bankruptcy Court,
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, New York 11201

        RE:    In re Rahmania Properties, Case No. 15-43971-ess
                 Rahman v. Rahmania Props. LLC, et al., Adv. Pro. 16-1056-ess

Dear Judge Stong

       This letter confirms that with respect to the main debtor case no. 15-43971, all matters including, but not limited to, the (a) status conference; (b) hearing on the Motion to Compel Mohammed M. Rahman and Global Medical Care, PLLC to Pay Postpetition Use & Occupancy (ECF Doc. No. 102); (c) hearing on Mohammed M. Rahman's Motion to Appoint Trustee (ECF Doc. No. 183); and (d) hearing on the United States Trustee's Motion to Appoint Chapter 11 Trustee (ECF Doc. No. 235) are all adjourned, on consent, from July 30, 2020 at 12:00 p.m. to September 11, 2020 at 10:00 a.m.

       With respect to adversary proceeding 16-1056, all matters including, but not limited to, the (a) pretrial conference; and (b) hearing on Lester & Associates, P.C.'s Motion to Withdraw as Defendants' Counsel (Adv. Pro. ECF Doc. No. 57) are all adjourned, on consent, from July 30, 2020 at 12:00 p.m. to September 11, 2020 at 10:00 a.m.

       Please have your chambers contact me with any questions.

                           Respectfully submitted,

                           /s/ Robert M. Sasloff

                           **Robert M. Sasloff**

{01060615.DOC;2 }